**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JESUS MALDONADO SOTO,

      Petitioner,

v.                                                          No. 2:26-cv-01571-MLG-KRS

TODD LYONS, ACTING DIRECTOR, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, MARY DE ANDA-YBARRA,
ACTING FIELD OFFICE
DIRECTOR OF ENFORCEMENT AND
REMOVAL OPERATIONS, EL PASO
FIELD OFFICE, U.S. IMMIGRATIONS AND
CUSTOMS ENFORCEMENT,
MARKWAYNE MULLIN, SECRETARY
OF U.S. DEPARTMENT OF HOMELAND
SECURITY, and TODD BLANCHE,
ACTING UNITED STATES ATTORNEY,

      Respondents.

**ORDER GRANTING PETITIONER'S
MOTION FOR VOLUNTARY DISMISSAL**

This matter is before the Court on Petitioner's Motion for Voluntary Dismissal, Doc. 8, filed by pro se Petitioner Jesus Maldonado-Soto on August 10, 2026. Having considered the motion, the Court finds that it is well taken. This action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1